# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5052**　　　　　　　　　**September Term, 2024**

**1:25-cv-00385-ABJ**

**Filed On: March 3, 2025**

Hampton Dellinger, in his personal capacity
and in his official capacity as Special Counsel
of the Office of Special Counsel,

      Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

      Appellants


    **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, which includes a request for an administrative stay, it is

**ORDERED** that appellee file a response to the emergency motion by 12:00 noon on March 5, 2025. Any reply is due by 12:00 noon on March 6, 2025.


**Per Curiam**


             **FOR THE COURT:**
             Clifton B. Cislak, Clerk

        BY:    /s/
                Laura M. Morgan
                Deputy Clerk